UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX STEWART,<br><br>                    Plaintiff,<br><br>        -against-<br><br>STATE AUTO FINANCIAL CORPORATION, MICHAEL E. LAROCCO, ROBERT BAKER, KYM M. HUBBARD, MICHAEL J. FIORILE, DAVID R. MEUSE, S. ELAINE ROBERTS, SETAREH POURAGHABAGHER and DWIGHT E. SMITH,<br><br>                    Defendants. | Case No.: 1:21-cv-06803-LAK |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 14, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*